UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                              Case No: 16-11085-RAM
                                                    Chapter 7
COLON, BORIS
SSN: XXX-XX-8040

_____Debtor / 

## STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Debtor, BORIS COLON, and hereby consents and petitions for the Court for an Order allowing the substitution of Mercy Saladrigas, Esq., Saladrigas Law Center as counsel for the Debtor, Boris Colon, in this cause.

| | |
|---|---|
| Erik B. Espinosa, Esq. | Mercy Saladrigas, Esq. |
| *Prior Counsel for the Debtor* | *Attorney for the Debtor* |
| P.O. Box 453007 | 2100 Ponce de Leon Blvd., PH 2 |
| Sunrise, FL 33345 | Coral Gables, FL 33134 |
| Tel.: 954-530-7442 | Tel.: 305-500-5559 |

_____          _____
Erik B. Espinosa, Esq.                             Mercy Saladrigas, Esq.

_____
Boris Colon, Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by CM/ECF to: Ross R. Hartog, Trustee, 9130 S. Dadeland Blvd, Suite 180, Miami, FL 33156; Office of the U.S. Trustee, 51 S.W. 1st Avenue, Room 1204, Miami, FL 33130, and by U.S. Mail to the Debtor, this 22nd day of March, 2016.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

SALADRIGAS LAW CENTER
*Attorney for Debtor(s)*
2100 Ponce de Leon Blvd, PH 2
Coral Gables, FL 33134
Tel: (305) 500-5559
Fax: (305) 500-5337

By: _/s/ M. Saladrigas_
MERCY SALADRIGAS, Esq.
Florida Bar No. 861790

## Service List

Boris Colon, Debtor
1167 W 23rd Street
Hialeah, FL 33010

Ross R. Hartog, Trustee
ECF Registered

Creditors on attached Creditor Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-11085-RAM<br>Southern District of Florida<br>Miami<br>Wed Mar 23 11:26:51 EDT 2016 | RES-FL Eight, LLC<br>c/o Jones Walker LLP<br>Stephen P. Drobny, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2600<br>Miami, FL 33131-4341 | Alexis Colon<br>1167 W. 23 Street<br>Hialeah, FL 33010-1924 |
| City of Hialeah Fire Department<br>PO Box 918660<br>Orlando, FL 32891-0001 | GE Money Bank c/o<br>Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Suite 4A<br>Valhalla, NY 10595-2323 | GE Money Bank c/o<br>Midland Funding, LLC<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 |
| Miguel Colon<br>8311 NW 20 Street<br>Pembroke Pines, FL 33024-3111 | Ocala National Bank<br>112 N. Magnolia Avenue<br>Ocala, FL 34475-6628 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Quest Diagnostics<br>PO Box 5900<br>Cincinnati, OH 45201-5900 | RES-FL Eight, LLC c/o<br>Jones Walker, LLP<br>201 S. Biscayne Boulevard<br>Suite 2600<br>Miami, FL 33131-4341 | Regions Bank<br>PO Box 11007<br>Birmingham, AL 35288-0001 |
| SYNCB/JC Penney<br>PO Box 965007<br>Orlando, FL 32896-5007 | SYNCB/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 |
| Wells Fargo Bank<br>PO Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank f/k/a Wachovia Bank<br>420 Montgomery Street<br>San Francisco, CA 94104-1205 | Boris Colon<br>1167 W. 23rd Street<br>Hialeah, FL 33010-1924 |
| Erik B Espinosa Esq.<br>POB 453007<br>Sunrise, FL 33345-3007 | Ross R Hartog<br>9130 S Dadeland Blvd # 1800<br>Miami, FL 33156-7858 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients   19
Bypassed recipients    1
Total                 20