UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 16-11085-RAM |
| BORIS COLON | Chapter 7 |
| Debtor./ | |

**TRUSTEE'S RESPONSE IN OPPOSITION TO**
**DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13**

Ross R. Hartog, the chapter 7 trustee (the "Trustee") through undersigned counsel, responds (the "Response") to the *Debtor's Motion to Convert Case Under Chapter 7 Case to Case Under Chapter 13* (the "Motion") [ECF No. 27]. In support of the Response, the Trustee states:

1. The Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on January 26, 2016.

2. Ross R. Hartog was subsequently appointed as the Chapter 7 trustee.

3. After review of the Debtor's schedules and initial discovery produced to the Trustee, on March 23, 2016, undersigned counsel requested followed up with the Debtor seeking additional information and documentation related to, among other things, Debtor's numerous real property interests. Upon information and belief, one of the Debtor's real properties has approximately $20,000.00 to $30,000.00 of equity.

4. On March 31, 2016, the Debtor filed his Motion.

5. The Debtor's Motion proposes that he would provide payments to creditors via a Chapter 13 plan. Based on Debtor's Schedules I and J, the Debtor's monthly net income is a only $70.07. Accordingly, it appears that the Debtor would be unable to make plan payments rendering any potential plan to be unconfirmable pursuant to 11 U.S.C. § 1325(a)(6).

6.	Based on the foregoing, the Trustee objects to the relief sought in the Motion to Convert.

WHEREFORE, the Trustee respectfully requests entry of an order (a) denying conversion of Debtor's bankruptcy case; and (b) granting such other and further relief as the court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on April 5, 2016.

Dated:  April 5, 2016	MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
     John H. Lee, Esq.
     Florida Bar No. 91795
     jlee@mrthlaw.com

652817

*In Re: Boris Colon*
**Case No. 16-11085-RAM**
<u>Service List</u>

**16-11085-RAM Notice will be electronically mailed to:**

Stephen P. Drobny, Esq. on behalf of Creditor RES-FL Eight, LLC
sdrobny@joneswalker.com, tsnow@joneswalker.com;jmaddox@joneswalker.com; rbruckmann@joneswalker.com;bturner@joneswalker.com;mvelapoldi@joneswalker.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Mercedes Saladrigas, Esq on behalf of Debtor Boris Colon
mercy@saladrigaslaw.com, slcecfnotice@gmail.com;slcecfbackup@gmail.com;tatiana@saladrigaslaw.com