**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ ____5th____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Boris Colon                JOINT DEBTOR: _____        CASE NO.: 16-11085-RAM
Last Four Digits of SS# 8040       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 779.58 for months 1 to 2;
    B.    $ 1,855.24 for months 3 to 12;
    C.    $ 1,331.49 for months 13 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00
               Total Paid       $ 0.00
               Balance Due   $ 3,500.00 payable $291.67/month (Months 1 to 12)

Administrative: Ch.7 Trustee Fee- $ 2,089.48
               Total Paid       $ 0.00
               Balance Due   $ 2,089.48 payable $174.12/month (Months 1 to 12)

Administrative: Ch.7 Tstee Atty - $ 2,330.00
               Total Paid       $ 0.00
               Balance Due   $ 2,330.00 payable $194.17/month (Months 1 to 12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____          Arrearage on Petition Date  $_____
Address: _____          Arrears Payment    $_____/month (Months ____ to ____)
_____           Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| RES-FL Eight, LLC c/o Quantum Servicing 6302 E. Martin Luther King Jr., Blvd. Tampa, FL 33619<br><br>Acct. No. 2833<br><br>Judgment Lien | Non-Homestead<br><br>Property located at: 311 West 40th Place Hialeah, FL 33012<br><br>**Value of Property:** $172,950.00<br><br>**Amount owed on 1st:** $117,950.00<br><br>**Value of Creditor's interest in property:** $55,000.00 | 2.5% | $1,009.76 | 3 To 60 | $58,566.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due  $ 681.22
 P.O. Box 21126, Philadelphia, PA 19114    Payable $ 14.19/month  (Months 13 to 60 )

Unsecured Creditors:  Pay $ 174.39 /month  (Months 13  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Homestead: 1167 West 23rd Street, Hialeah, FL 33010**
Debtor is current on his property taxes with the Miami-Dade County Tax Collector and is paying said creditor direct and outside the Chapter 13 Plan.

**Non-Homestead: 311 West 40th Place, Hialeah, FL 33012**
Debtor is current on his mortgage payments with Regions Bank (Loan No. 5845) and on his property taxes with the Miami-Dade County Tax Collector and is paying said creditors direct and outside the Chapter 13 Plan.

**Vacant Lot: Lot 27 Blk 74 of Rainbow Park Unit 2, Ocala, FL**
Debtor is current on his property taxes with the Marion County Tax Collector and is paying said creditor direct and outside the Chapter 13 Plan.

**Vacant Lot: Lot 23 Blk 125 of Rainbow Park Unit 3, Ocala, FL**
Debtor surrenders any and all interest in this property.

**Vacant Lot: Lot 5 and 6 of Rainbow Park Unit 1, Ocala, FL**
Debtor surrenders any and all interest in this property.

**Vacant Lot: Lot 26 Blk 74 of Rainbow Park Unit 2, Ocala, FL**
Debtor surrenders any and all interest in this property.

**Vacant Lot: Lot 8 Blk 465 of Marion Oaks Unit 4, Ocala, FL**
Debtor surrenders any and all interest in this property.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


 /s/Mercy Saladrigas
Mercy Saladrigas, Esq.


Date: July 7, 2016