STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Boris Colon,                                        Case No.: 16-11085-BKC-RAM
                                                    Chapter 13

      Debtors(s).
_____/

## TRUSTEE'S MOTION TO REDIRECT PAYMENT OF DEPARTMENT OF THE TREASURY- INTERNAL REVENUE SERVICE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

      Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment* and states as follows:

      1.    On July 20, 2016 an Order Confirming the Fifth Amended Chapter 13 Plan was entered [ECF No. 75].

      2.    The Fifth Amended Chapter 13 Plan lists unsecured priority payments to the Department of the Treasury-Internal Revenue Service totaling $681.22.

      3.    The bar date for filling governmental proof of claims was October 24, 2016. As of the date of this motion the Department of the Treasury-Internal Revenue Service has not filed a proof of claim.

      4.    The Trustee seeks authorization to redirect any unsecured priority plan payments designated to the Department of the Treasury- Internal Revenue Service above the amounts already paid out by the Trustee be paid pro-rata to general unsecured creditors, or, if none, to the Debtor.

      **WHEREFORE**, the Trustee requests the Court enter an order allowing the Trustee to redirect all funds designated to the Department of the Treasury- Internal Revenue Service above the amounts already paid out by the Trustee to be paid pro-rata to

general unsecured creditors, or, if none, to the Debtor and for any further relief the Court deems necessary.

Respectfully submitted:<br>
NANCY K. NEIDICH,<br>
Standing Chapter 13 Trustee

By: _____
ADISLEY CORTEZ-RODRIGUEZ, ESQ.
FLORIDA BAR NO: 91727
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: __JAN 9 2017_____

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on ____JAN 9 2017_____, via CM/ECF on Debtor's attorney and:

**By regular U.S. mail:**

UNITED STATES TREASURY
P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

UNITED STATES TREASURY
P.O. BOX 7346 (NOTICE)
PHILADELPHIA, PA 19173-4600

Loretta Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

WIFREDO A. FERRER
United States Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, Fl. 33132

_____
ADISLEY CORTEZ-RODRIGUEZ, ESQ.